```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 27930
   JOHN E ARTHUR
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3976

---------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
    The case was filed on 07/14/2005 and was confirmed 08/29/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  23.61% from remaining funds.

    The case was paid in full 10/05/2007.
---------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
---------------------------------------------------------------------------
HSBC AUTO FINANCE        SECURED            8975.00        898.86       8975.00
OPTION ONE MORTGAGE      CURRENT MORTG          .00           .00           .00
AT&T BROADBAND           UNSECURED        NOT FILED           .00           .00
CREDIT PROTECTION ASSOC  NOTICE ONLY      NOT FILED           .00           .00
ECAST SETTLEMENT CORP    UNSECURED           6393.76          .00       1509.25
ECAST SETTLEMENT CORP    UNSECURED           7158.67          .00       1689.80
BEST BUY                 UNSECURED        NOT FILED           .00           .00
GREAT LAKES CREDIT UNION UNSECURED        NOT FILED           .00           .00
ECAST SETTLEMENT CORP    UNSECURED OTH      633.26            .00        149.55
PROVIDIAN                UNSECURED          1589.56           .00        375.22
SEARS                    UNSECURED        NOT FILED           .00           .00
CBUSA SEARS              NOTICE ONLY      NOT FILED           .00           .00
HSBC AUTO FINANCE        UNSECURED          4024.04           .00        949.87
OPTION ONE MORTGAGE      SECURED NOT I        .00            .00           .00
PEOPLES GAS LIGHT & COKE UNSECURED        NOT FILED           .00           .00
ECAST SETTLEMENT CORP    UNSECURED          3074.70           .00        725.78
ECAST SETTLEMENT CORP    UNSECURED           553.90           .00        130.75
LEDFORD & WU             REIMBURSEMENT       41.44            .00         41.44
LEDFORD & WU             DEBTOR ATTY       1,994.00                    1,994.00
TOM VAUGHN               TRUSTEE                                       1,060.48
DEBTOR REFUND            REFUND                                        3,033.85

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE              21,533.85

PRIORITY                                         41.44
SECURED                                       8,975.00
   INTEREST                                     898.86
UNSECURED                                     5,530.22

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 27930 JOHN E ARTHUR
```

```
ADMINISTRATIVE                                                 1,994.00
TRUSTEE COMPENSATION                                           1,060.48
DEBTOR REFUND                                                  3,033.85
                                        ---------------    ---------------
TOTALS                                       21,533.85          21,533.85
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 01/28/08                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE

                         PAGE   2
         CASE NO. 05 B 27930 JOHN E ARTHUR